```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOBILE TRANSFORMATION LLC,

    Plaintiff,

v.

1:13-cv-00539-JMF

PROMETHEUS GLOBAL MEDIA, LLC

    Defendant.

### STIPULATION OF DISMISSAL

Plaintiff Mobile Transformation LLC ("Mobile Transformation") and Defendant Prometheus Global Media, LLC ("Prometheus") hereby stipulate and agree to the dismissal of the above-captioned action with prejudice, each party to bear its own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1) and in furtherance of this Court's Order of Apr. 25, 2013 in which this Court dismissed the case without prejudice. Since that date, the parties have consummated settlement and accordingly stipulate to the dismissal of this entire action WITH PREJUDICE.

Dated: May 7, 2013

| /s/ Damian Wasserbauer | /s/ Susan J. Kohlmann |
|---|---|
| Damian Wasserbauer (DW3507) | Susan Joan Kohlmann (SK1855) |
| AETON LAW PARTNERS LLP | Jenner & Block LLP (NY) |
| 101 Centerpoint Drive, Ste. #105 | 919 Third Avenue |
| Middletown, CT 06457 | New York, NY 10022-3908 |
| Telephone: (860) 398-6031 | (212) 891-1690 |
| Email: damian@aetonlaw.com | Fax: (212) 891-1699 |
|  | Email: skohlmann@jenner.com |
| *Attorney for Plaintiff Mobile Transformation L.L.C.* | *Attorney for Defendant Prometheus Global Media, LLC* |

**SO ORDERED:**

_____
U.S.D.J.

May 8, 2013